## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| JOSE NEVAREZ,<br>   Movant,<br><br>vs.<br><br>UNITED STATES OF AMERICA | )<br>)<br>)<br>) No. IP 05-CR-0112-01-H/F<br>) 1:07-cv-429-DFH-WTL<br>)<br>) |

## J U D G M E N T

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the defendant take nothing by his motion for relief pursuant to 28 U.S.C. § 2255, and the civil action docketed as No. 1:07-cv-429-DFH-WTL is **dismissed with prejudice.**

               *David F. Hamilton*
               _____
               DAVID F. HAMILTON, Judge
               United States District Court

Date:   5/18/2007

Laura Briggs, Clerk
United States District Court

*Linda S Carmichael*

By: Deputy Clerk


Distribution:

Office of the United States Attorney, 10 West Market Street Suite 2100,
  Indianapolis, IN   46204-3048

Jose Nevarez, Reg. No. 07956-028, Federal Correctional Institution, P.O. Box 5000,
  Oakdale, LA   71463